IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| CLAUDINE CLARA COLLINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TORT LAW GROUP and OFFICE OF )<br>GENERAL COUNSEL, )<br>)<br>Defendant. ) | CV 621-007 |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice for failure to timely effect service on Defendants, and **CLOSES** this civil action.

SO ORDERED this 25th day of April, 2022, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA